NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ALEXION PHARMACEUTICALS, INC., ALEXION PHARMA INTERNATIONAL OPERATIONS LTD.,**
*Plaintiffs-Appellants*

**v.**

**SAMSUNG BIOEPIS CO. LTD.,**
*Defendant-Appellee*

———————————

2024-1829

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:24-cv-00005-GBW, Judge Gregory Brian Williams.

———————————

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    ALEXION PHARMACEUTICALS, INC. v. SAMSUNG BIOEPIS CO.
                                                    LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

September 4, 2024
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 4, 2024